UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19CR _303_ (SRU) |
| v. | VIOLATION:<br>18 U.S.C. § 2251(a) |
| SIMON HESSLER | (Production of Child Pornography) |
| | 18 U.S.C. § 2253<br>(Forfeiture) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Production of Child Pornography)

1. From in or about July 2016 until in or about November 2018, in the District of Connecticut, the defendant SIMON HESSLER did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including but not limited to images depicting SIMON HESSLER's genitalia on and near a partially clothed, prepubescent child under the age of 18, whose identity is known to the United States Attorney, which visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a)(1).

### FORFEITURE ALLEGATION

2. Upon conviction of the offense alleged in Count One of this Information, the defendant SIMON HESLER shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all right, title, and interest in any property used or intended to be used to commit or facilitate the commission of the offense, all property constituting or traceable to gross

profits or other proceeds obtained, directly or indirectly, from the offense, and all visual depictions described in Title 18. United States Code, Sections 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offenses, including but not limited to the following: (1) an Android Samsung Galaxy S8 cellular phone bearing IMEI number 358330080271637 (the "Cellular Phone") that was seized from him on November 13, 2018; and (2) a 16GB Supersonic XT Patriot Memory USB drive (the "USB") that was provided to law enforcement on or about December 5, 2018.

3. If the Cellular Phone or USB, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, have been placed beyond the jurisdiction of the court, have been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 2253, Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY